

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions

AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 20, 2022

MEMO ENDORSED

**Via CM/ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York

Ok

*Colleen M. M*
12/20/2022

RE:   *Velazquez v. Paul Stuart, Inc.*
      Case No.: 1:22-cv-06058-CM

Dear Judge McMahon:

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a 31-day extension of time for the parties to file any application to reopen this matter. The new due date would be Monday, January 23, 2023. The requested extension will afford the parties an opportunity to finalize our settlement papers, a process that is under way.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.